UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. DAVIDSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ERIC ARNOLD,<br><br>　　　　Respondent. | Case No. 16-cv-03298-JD<br><br>**ORDER GRANTING EXTENSION AND DENYING MOTION TO APPOINT COUNSEL**<br><br>Re: Dkt. Nos. 11, 15, 16, 17 |

　　GOOD CAUSE APPEARING, it is hereby ordered that respondent's motion for an extension (Docket Nos. 15, 16, 17) is **GRANTED**. Respondent shall file an answer by **February 6, 2017**.

　　Petitioner has requested the appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) provides that in habeas cases, whenever "the court determines that the interests of justice so require", representation may be provided for any financially eligible person. Petitioner has presented his claims adequately, and they are not particularly complex. The interests of justice do not require appointment of counsel and the motion (Docket No. 11) is **DENIED**.

　　**IT IS SO ORDERED.**

Dated: January 12, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD C. DAVIDSON,

    Plaintiff,

v.

ERIC ARNOLD,

    Defendant.

Case No. 16-cv-03298-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard C. Davidson ID: AK4986   B-10-118
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: January 12, 2017

    Susan Y. Soong
    Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2