UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. DAVIDSON,<br>        Petitioner,<br>   v.<br>ERIC ARNOLD,<br>        Respondent. | Case No. 16-cv-03298-JD<br><br>**JUDGMENT** |

The petitioner for writ of habeas corpus is granted on the ineffective assistance of counsel claim. Respondent shall release Davidson unless the State of California begins proceedings to retry him within **90 days** of the date of this order.

**IT IS SO ORDERED.**

Dated: March 23, 2020

JAMES DONATO
United States District Judge