UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD C. DAVIDSON,

    Petitioner,

v.

ERIC ARNOLD,

    Respondent.

Case No. 16-cv-03298-JD

**ORDER TO SHOW CAUSE**

The Court granted petitioner's habeas petition and ordered his release or re-trial within 90 days of March 23, 2020. Dkt. No. 22. Respondent has advised that petitioner is still in custody pending re-trial proceedings. Dkt. No. 27. In light of what appears to be an extended delay in initiating a new trial, respondent is ordered to show cause by July 21, 2020, why petitioner should not be released from custody. Petitioner and his attorney may file a response by July 28, 2020. The Clerk is requested to serve this order on San Benito County Public Defender Gregory LaForge at 339 7th Street, Ste. G, Hollister, CA 95023.

**IT IS SO ORDERED.**

Dated: July 14, 2020

JAMES DONATO
United States District Judge